UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FAIRFIELD FINANCIAL MORTGAGE GROUP, INC.
                Plaintiff(s),

      -against-                            **ORDER**

JAMES R. LUCA, ERIC FORTE,              CV 06-5962 (JS)(WDW)
DAVID JACOBSON, CANDICE GIACCONE,
MICHAEL J. MOBERG, MOBERG & ASSOCS.,
PLLC, SHAW MORTGAGE GROUP, INC.,
SHAW ELITE, LLC, SIMPLY ELITE, LLC,
CARLO DELLAPINA, MEDALLION
ABSTRACT, LLC, and BLM CONSULTING, INC.,
                Defendant(s).
-------------------------------------------------------------------X

**WALL, Magistrate Judge:**

Before the court is an application by the plaintiff for reasonable attorneys's fees (DE[96]), which were granted in the earlier order of the court dated 11/19/08 (DE[90]). The application, which was timely filed on 12/22/08, is unopposed by the defendants who were ordered to pay the fees - Eric Forte, David Jacobson, Candice Giaccone and Shaw Mortgage Group ("the Shaw defendants"). The 11/19 order awarded the plaintiff the reasonable fees incurred by the plaintiff in making repeated motions necessitated by the Shaw defendants' discovery failures and non-compliance with orders of the court. The plaintiff sets forth the hours spent by each of the attorneys involved in matter, and seeks an award of $13,044.75. The court finds the amount to be both reasonable and supported by the documentation submitted. Thus, the Shaw defendants are ordered to pay $13,044.75.

Dated:  Central Islip, New York            **SO ORDERED:**
         March 4, 2009

                                                    /s/ William D. Wall
                                                   WILLIAM D. WALL
                                                   United States Magistrate Judge